# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

————————————————

No. 15-10615

————————————————

United States Court of Appeals
Fifth Circuit

**FILED**
November 4, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff – Appellee

v.

JUAN CASTILLO-RIVERA,

Defendant – Appellant

————————————————

Appeal from the United States District Court for the
Northern District of Texas, Dallas

————————————————

ON PETITION FOR REHEARING EN BANC

(Opinion September 2, 2016, 5 Cir., 2016, 836 F.3d 464)

Before STEWART, Chief Judge, JOLLY, DAVIS, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON and COSTA, Circuit Judges.

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.